UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CRIMINAL CASES:

| | | |
|---|---|---|
| CR 12-099-01M | USA v. Ulicysse Towns | |
| | **(Possession w/intent to distribute cocaine)** | |
| CR 12-172-02M | USA v. Aaron Lashus | |
| | **(Manufacture of Marijuana)** | |
| CR 12-179-01M | USA v. Michael Capurso | |
| | **(Possession w/intent to distribute cocaine)** | |
| CR 12-180-01M | USA v. Andrew Jeremiah | |
| | **(Transfer of stolen goods)** | |
| CR 12-180-02M | USA v. Bruce Jeremiah | |
| | **(Transfer of stolen goods)** | |
| CR 13-016-01M | USA v. Dewane Tse | |
| | **(Felon in possession of a firearm)** | |
| CR 13-023-01M | USA v. Napoleon Andrade | |
| | **(Conspiracy to obstruct commerce)** | |
| CR 13-023-01M | USA v. Gennaro Miele | |
| | **(Conspiracy to obstruct commerce)** | |
| CR 13-067-02M | USA v. Rhonda Perry | |
| | **(Wire Fraud)** | |
| CR 13-070-01M | USA v. Omar Rivera | |
| | **(Distribution of cocaine)** | |
| CR 13-071-01M | USA v. Jose Garcia | |
| | **(Intent to distribute heroin)** | |
| CR 13-071-02M | USA v. Ramon Lugo Rentas | |
| | **(Intent to distribute heroin)** | |
| CR 13-097-01M | USA v. Henry A. Fellela, Jr. | |
| | **(Identity Theft)** | |
| CR 13-116-01M | USA v. Alfred Paulino | |
| | **(Illegal Re-Entry)** | |

## **TRIAL NOTICE**

You are hereby notified that the above-captioned cases will be empaneled

on **Tuesday, November 5, 2013 at 9:30 a.m. in Courtroom 3.**

Trial counsel must be present for the empanelment of the jury unless excused by the Court.  The above cases may or may not be reached for trial in the order listed.  It is counsel's responsibility to keep informed of the status of their cases.

Any pretrial memoranda not previously filed must be filed on or before **October 29, 2013**.

Under Guideline 3E1.1(b) (2), only timely pleas qualify for a three level reduction for acceptance of responsibility.  Any plea agreements or notices of intent to plead guilty must be filed at least seven (7) days prior to empanelment.

Counsel are reminded that every effort should be made to settle the case before  jurors are summoned for empanelment.  **Counsel are to advise the clerk of any such settlement and file a stipulation of dismissal no later than seven (7) days before the scheduled empanelment date.**  Jury costs and/or counsel fees may be assessed against one or more of the parties and/or counsel if the Court determines that the lateness of settlement was due to unreasonable or vexatious conduct or neglect.

Counsel must file a copy of their voir dire questions, and in civil cases, a brief statement of the fact no later than **October 29, 2013**.


**/s/ John J. McConnell, Jr.**
John J. McConnell, Jr.
United States District Judge
Dated:    October 11, 2013